UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00065-MOC

| | |
|---|---|
| **JERRY GORDON ROPER,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **CAROLYN W. COLVIN,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on Defendant's Consent Motion for Remand (#18) and Plaintiff's Response in Support of such motion (#19). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Consent Motion for Remand (#18) is **GRANTED**, the decision of the Commissioner is **REVERSED**, and this matter is hereby **REMANDED** to Defendant for further administrative proceedings and development, all in accordance with Sentence Four of 42 U.S.C. §405(g). **IT IS FURTHER ORDERED** that all other pending motions, including Plaintiff's Motion for Summary Judgment (#15) are denied without prejudice as **MOOT**. This action is otherwise **DISMISSED**.

Signed: December 17, 2015

Max O. Cogburn Jr.
United States District Judge